

IN THE
TENTH COURT OF APPEALS

No. 10-19-00297-CR

**RICHARD LAREDO JR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 21st District Court
Burleson County, Texas
Trial Court No. 15,584

## MEMORANDUM OPINION

Richard Laredo Jr. was convicted by a jury of the offenses of aggravated assault with a deadly weapon and evading arrest or detention with a motor vehicle. *See* TEX. PENAL CODE ANN. § 22.02(a)(2) (West 2016); *see also id.* § 38.04(b)(2)(A) (West 2016). We affirm the trial court's judgments.

Laredo's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and

that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10 (1988). After a review of the entire record in this appeal, as well as appellant's pro se response, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's motion to withdraw from representation of Laredo is granted.


JOHN E. NEILL
Justice

Before Chief Justice Gray
  Justice Davis, and
  Justice Neill
Affirmed
Opinion delivered and filed December 16, 2020
Do not publish
[CRPM]

